James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

Attorney for Defendant
U.S. SMALL BUSINESS ADMINISTRATION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 3:20-cv-04619-JSC<br><br>**ANSWER** |

1   The U.S. Small Business Administration, through its undersigned counsel, answers the

2   complaint filed by the American Small Business League in the above-captioned case as follows:

3       1.  This paragraph consists of a description of this action, to which no response is

4   required.

5       2.  This paragraph asserts legal conclusions regarding jurisdiction, to which no response

6   is required.

7       3.  This paragraph asserts legal conclusions regarding venue, to which no response is

8   required.

9       4.  This paragraph consists of legal conclusions, to which no response is required.

10      5.  This paragraph asserts legal conclusions regarding intradistrict assignment, to which

11  no response is required.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

7. Admitted.

8. The allegations in this paragraph fail to assert facts in support of any cause of action pled in the complaint, and therefore no response is required. To the extent a response is required, this paragraph characterizes the cited news report, to which the Court is respectfully referred for a complete and accurate statement of its contents.

9. The allegations in this paragraph fail to assert facts in support of any cause of action pled in the complaint, and therefore no response is required. To the extent a response is required, this paragraph characterizes the cited news reports, to which the Court is respectfully referred for a complete and accurate statement of their contents.

10. This paragraph primarily consists of characterizations of the Coronavirus Aid, Relief, and Economic Security Act and a statement by the Small Business Administration concerning that Act, to which no response is required. Defendant respectfully refers the Court to the statute and statement for a complete and accurate recitation of their contents. The remaining allegations in this paragraph fail to assert facts in support of any cause of action pled in the complaint, and therefore no response is required.

11. This paragraph primarily consists of characterizations of media reports and a statement by the Small Business Administration, to which no response is required. Admitted that the Small Business Administration began accepting loan applications for the Paycheck Protection Program on April 3, 2020, and has approved more than 4 million loan applications worth more than $500 million.

12. This paragraph consists of quotations from the Paycheck Protection Program application form, to which no response is required. Defendant respectfully refers the Court to that form for a complete and accurate statement of its contents.

13. This paragraph consists of characterizations of data released by the Small Business Administration, to which no response is required. Defendant respectfully refers the Court to those data releases for a complete and accurate statement of their contents.

14. The allegations in this paragraph fail to assert facts in support of any cause of action pled in the complaint, and therefore no response is required To the extent a response is required, this paragraph characterizes the cited news report, to which the Court is respectfully referred for a complete and accurate statement of its contents.

15. This paragraph consists of characterizations of media reports, to which no response is required. Defendant respectfully refers the Court to those reports for a complete and accurate statement of their contents.

16. Admitted that the Small Business Administration published extensive data about loans made through the Paycheck Protection Program on July 6, 2020. The remainder of this paragraph consists of characterizations of that data, to which no response is required. Defendant respectfully refers the Court to the data released for a complete and accurate statement of its contents.

17. The Small Business Administration denies the legal conclusion that its Paycheck Protection Program data releases failed to comply with the Freedom of Information Act. The remainder of this paragraph fails to assert facts in support of any cause of action pled in the complaint, and therefore no response is required.

18. Admitted that Plaintiff submitted a Freedom of Information Act request on April 9, 2020, and another on April 16, 2020.  Defendant respectfully refers the Court to those requests for a complete and accurate statement of their contents.

19. Admitted that Defendant responded to Plaintiff's FOIA request by letter dated May 19, 2020.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

20. Admitted that Defendant received a letter from Plaintiff regarding its FOIA requests, dated May 22, 2020.  Defendant respectfully refers the Court to that letter for a complete and accurate statement of its contents.

21. Admitted only that Defendant has not yet responded to Plaintiff's letter dated May 22, 2020.

22. Admitted that Defendant responded to Plaintiff's FOIA requests by letter dated May 19, 2020, and published additional responsive information on July 6, 2020.  Denied that this information did not disclose any loan amounts except in broad ranges.  Defendant respectfully refers the Court to its letter and public data releases for a complete and accurate statement of their contents.

23. Admitted only that Defendant has not yet made a final response to Plaintiff's FOIA requests.

24. Admitted only that Defendant has not yet made a final response to Plaintiff's FOIA requests.

25. Admitted only that Defendant has not yet made a final response to Plaintiff's FOIA requests.

1   26. Admitted only that Defendant has not yet made a final response to Plaintiff's FOIA
2   requests. The remainder of this paragraph consists of legal conclusions, to which no response is
3   required.

4   27. In this paragraph, Plaintiff repeats its previous allegations.  Defendant repeats its
5   responses.

6   28. This paragraph consists of a quotation from the Freedom of Information Act, to which
7   no response is required.

8   29. This paragraph consists of a characterization of the Freedom of Information Act, to
9   which no response is required.

10  30. This paragraph contains legal conclusions, to which no response is required.
11  Defendant admits that it possesses records of the names of Paycheck Protection Program loan
12  recipients, and the amounts of the loans they received.

13  31. This paragraph consists of legal conclusions, to which no response is required.

14  32. Admitted only that Defendant has not yet made a final response to Plaintiff's FOIA
15  requests.  The remainder of this paragraph consists of legal conclusions, to which no response is
16  required

17  33. This paragraph consists of legal conclusions, to which no response is required.  To the
18  extent that a response is required, the allegations are denied.

19  34. This paragraph consists of legal conclusions, to which no response is required.
20  The remaining paragraph of the Complaint contains Plaintiff's requested relief, to which
21  no response is required.

22  Defendant denies all allegations of the Complaint not expressly admitted or denied
23  above.

                Respectfully submitted,

                ETHAN P. DAVIS
                Acting Assistant Attorney General

                MARCIA BERMAN
                Assistant Director, Federal Programs Branch

                */s/ James Bickford*
                JAMES BICKFORD
                Trial Attorney (N.Y. Bar No. 5163498)
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20530
                James.Bickford@usdoj.gov
                Telephone: (202) 305-7632
                Facsimile: (202) 616-8470

                *Counsel for Defendant*

Date: August 14, 2020