KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 409-8900
Facsimile:   (415) 409-8904
Email:       kolson@cofolaw.com
             afield@cofolaw.com
             ilee@cofolaw.com

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S MOTION FOR SUMMARY JUDGEMENT**<br><br>Date:　　October 9, 2020<br>Time:　　9:00 a.m.<br>Judge:　 Hon. Maxine M. Chesney<br>Dep't:　 Courtroom 7, 19th Floor |

Plaintiff American Small Business League's motion for summary judgment came on regularly for hearing before this Court, the Honorable Maxine M. Chesney presiding, on October 9, 2020 at 9:00 a.m. The Court, having considered the Motion, the pleadings filed in support of and in opposition to the Motion, the oral arguments of counsel at the hearing, and **GOOD CAUSE APPEARING**, it is hereby **ORDERED** that:

1. Plaintiff's motion for summary judgment is GRANTED;
2. Judgment be entered in favor of the Plaintiff and against the Defendant; and
3. Defendant United States Small Business Administration shall disclose, within seven (7) days, all records indicating the names and amounts of Paycheck Protection Program borrowers and other information typically disclosed in the past with respect to 7(a) loans as set forth in plaintiff's Memorandum of Points and Authorities, without exception, and any other related documents.

**IT IS SO ORDERED.**

DATED:_____

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; CASE NO. 3:20-cv-04619-MMC