KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA O'TOOLE FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 409-8900
Facsimile:    (415) 409-8904
Email:          kolson@cofolaw.com
                     afield@cofolaw.com
                     ilee@cofolaw.com

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-04619-MMC<br><br>**REPLY DECLARATION OF KARL OLSON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 9, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Place: Courtroom 7, 19th Floor |

1.  I, Karl Olson, am a member in good standing of the State Bar of California and am a partner at Cannata, O'Toole, Fickes & Olson, counsel of record for plaintiff American Small Business League ("plaintiff" or "ASBL") in this case. I make this declaration of personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

2.  Defendant United States Small Business Administration ("SBA") contacted ASBL's counsel on September 17, 2020, the day before the SBA's opposition was due, regarding the SBA's intent to move to stay proceedings pending the United States District Court for the District of Columbia's decision on the SBA's motion for summary judgment filed in two pending cases in that court.

3.  On September 15, 2020, and on prior occasions, ASBL's counsel asked the SBA whether it would stipulate to consolidating this action with a related case filed in the United States District Court for the Central District of California in the name of judicial economy. The SBA did not agree to do so, which resulted in additional effort and briefing by the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September 2020 in San Francisco, California.

_____
Karl Olson