KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:   (415) 409-8900
Facsimile:    (415) 409-8904
Email:         kolson@cofolaw.com
                    afield@cofolaw.com
                    ilee@cofolaw.cm

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>                    Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**SECOND DECLARATION OF MARK J. OLSON IN SUPPORT OF PLATINFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     October 9, 2020<br>Time:     9:00 a.m.<br>Judge:    Hon. Maxine M. Chesney<br>Dep't:    Courtroom 7, 19th Floor |

SECOND DECLARATION OF MARK J. OLSON IN SUPPORT OF PLATINFF'S MOTION FOR SUMMARY JUDGMENT; CASE NO. 3:20-CV-04619-MMC

I, MARK J. OLSON, declare:

1. I assisted Cannata, O'Toole, Fickes & Olson, counsel for plaintiff American Small Business League ("ASBL"), on this matter. I make this declaration of personal knowledge, except as to matters stated on information and belief, and if called as a witness I could and would testify competently to the matters stated herein.

2. I have analyzed data released by defendant United States Small Business Administration ("SBA") about the Paycheck Protection Program ("PPP"). In addition to the information I provided in my earlier declaration in support of ASBL's motion for summary judgment, the data released by the SBA to date shows the following:

   a. 541 businesses in California received PPP loans of more than $1 million and reported zero jobs retained.

   b. 794 businesses in California which received PPP loans of over $1 million did not report how many jobs they retained.

   c. 35 businesses in California that reported retaining zero jobs received PPP loans of between $5 million and $10 million.

   d. 44 businesses in California that did not report how many jobs they retained received loans of between $5 million and $10 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on September 24th, 2020.

                                        *Mark J. Olson*
                                        Mark J. Olson