IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 20-cv-04619-MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Before the Court is plaintiff's "Motion for Summary Judgment," filed September 4, 2020, and noticed for hearing on October 9, 2020. Also before the Court is defendant's "Motion to Stay and in Opposition to Plaintiff's Premature Motion for Summary Judgment," filed September 18, 2020, and noticed for hearing on October 23, 2020, in which defendant raises the same issues as raised in defendant's opposition to plaintiff's motion.

In the interest of judicial economy, and in light of the Case Management Conference scheduled for October 16, 2020, at which a number of the parties' respective concerns may be addressed, the hearing on plaintiff's "Motion for Summary Judgment" is continued to October 23, 2020.

**IT IS SO ORDERED.**

Dated: September 29, 2020

MAXINE M. CHESNEY
United States District Judge