KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:     (415) 409-8900
Facsimile:     (415) 409-8904
Email:         kolson@cofolaw.com
               afield@cofolaw.com
               ilee@cofolaw.cm

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES SMALL BUSINESS ADMINSTRATION'S MOTION TO STAY**<br><br>Date:      October 23, 2020<br>Time:      9:00 a.m.<br>Judge:     Hon. Maxine M. Chesney<br>Dep't:     Courtroom 7, 19th Floor |

*(sidebar, rotated)* CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111

Defendant United States Small Business Administration's ("Defendant") motion to stay proceedings came on regularly for hearing in Courtroom 7 of this Court, the Honorable Maxine M. Chesney presiding, on October 23, 2020 at 9:00 a.m.

Having considered the Motion, the pleadings filed in support of and in opposition to the Motion, the oral arguments of counsel at the hearing, and **GOOD CAUSE APPEARING,** it is hereby **ORDERED** that:

1. Defendant's motion to stay proceedings is DENIED.

2. Defendant has failed to satisfy its burden of proving its entitlement to a stay.

3. The interests of justice weigh in favor of a prompt release of the records at issue. These records are time sensitive and necessary to promote government transparency and the public's right to know how $650 billion of government money was spent ahead of the general election scheduled on November 3, 2020.

4. A delay in a decision on Plaintiff American Small Business League's motion for summary judgment would cause hardship to plaintiff and the American public.

5. The harm in further delaying the release of the requested records to the public outweighs any interest in possibly reducing the risk of conflicting judicial decisions. The SBA has offered no defense in this case of its position on the merits.

6. Defendant has not met its burden to show that it would suffer any hardship or inequity in proceeding with this action.

**IT IS SO ORDERED.**

DATED: _____          _____

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CANNATA, O'TOOLE, FICKES & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111

1

[PROPOSED] ORDER DENYING DEFENDANT UNITED STATES SMALL BUSINESS ADMINISTRATION'S MOTION TO STAY; CASE NO. 3:20-CV-04619-MMC