IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendant. | Case No. 20-cv-04619-MMC<br><br>**ORDER RE: JOINT STATUS REPORT** |

　　Before the Court is the parties' Joint Status Report, filed December 14, 2020, wherein the parties separately propose schedules for further proceedings in the instant action.

　　In particular, plaintiff requests an order (1) directing the parties to submit supplemental briefing on plaintiff's Motion for Summary Judgment as well as setting a hearing on said motion, and (2) directing defendant to produce, by January 13, 2021, all responsive documents to its Freedom of Information Act request, along with a Vaughn index. In response, defendant requests that (1) any supplemental briefing on plaintiff's motion be deferred until after completion of production and (2) submission of a Vaughn index be deferred until defendant files its motion for summary judgment.

　　Having reviewed the parties' respective positions, the Court finds it preferable to set any discovery deadlines and briefing schedules at the upcoming Status Conference, and, accordingly, takes no further action at this time.

　　**IT IS SO ORDERED.**

Dated: December 28, 2020

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge