KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone:    (415) 409-8900
Facsimile:    (415) 409-8904
Email:     kolson@cofolaw.com
           afield@cofolaw.com
           ilee@cofolaw.cm

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>        Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**DECLARATION OF MICHAEL F. RAM IN SUPPORT OF PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date:  May 26, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

CANNATA, O' TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111

I, Michael F. Ram, declare as follows:

1.      I am an attorney with the law firm of Morgan & Morgan.  I am admitted to practice before this Court and am a member in good standing of the California State Bar.  I make this declaration of my personal knowledge. I respectfully submit this declaration in support of Plaintiff's Motion for Attorney's Fees and Costs.

2.      Morgan & Morgan is a nationwide law firm with offices throughout the country, including in San Francisco where my office is located.  It offers services in a wide range of practice areas.  My own practice is devoted to consumer class actions and has been for decades.

3.      I am familiar with the facts of this case.

**A.      Qualifications**

4.      I am a consumer class action lawyer with over 40 years of experience at the trial and appellate levels.  I graduated from Harvard Law School *cum laude* in 1982.  Since 1982, I have focused my practice on complex litigation, and since the early 1990's, I have particularly focused on plaintiff-side class actions.  I am admitted to practice before the Supreme Court of the United States and various state and federal courts including this District.

5.      My colleagues and I at the firms at which I have been employed have secured billions of dollars in recovery for class members.  No court has ever denied our adequacy as class counsel.

6.      Before opening my own firm, I practiced at Morrison & Foerster in San Francisco and then at Lieff, Cabraser, Heimann & Bernstein.  I then practiced with Karl Olson at the firms of Levy, Ram & Olson; Ram & Olson; and Ram, Olson, Cereghino & Kopczynski for 20 years, from 1997 to 2017.  I am, therefore, very familiar with the high quality and efficiency of his work, and the scrupulous accuracy of his billing.  After leaving Ram, Olson, Cereghino & Kopczynski in 2017, I worked at Robins Kaplan LLC, before joining Morgan & Morgan. Because I have practiced at small, mid-size, and large firms, and because I have practiced in San Francisco for over 40 years, I am very familiar with the prevailing hourly rates for lawyers in the San Francisco Bay Area.  I establish my rate based on the prevailing market rates for attorneys of comparable skill and experience.

CANNATA, O' TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111

**B.     Reasonableness of Hours Spent by Plaintiff's Counsel**

7.     I understand that the rates sought by Plaintiff's counsel in this matter are $850 an hour for Karl Olson, $425 an hour for Aaron Field, $350 an hour for Irene Lee, and $185 per hour for paralegals and legal secretaries. These rates are below prevailing market rates in the Bay Area. My rate is $1,100 an hour and I have the same number of years of experience as Karl Olson.

8.     Based on my review, the hours expended by Plaintiff's counsel were reasonable and necessary to obtain the results that they obtained, especially because there was extensive briefing on a motion for summary judgment and a motion to stay involving complex issues.

9.     The docket and the briefs filed in this case also show that the Defendant put forth a vigorous defense in an attempt to withhold records, requiring Plaintiff's counsel to expend more time challenging Defendant's withholdings and adequacy of search.

10.     I have reviewed the hours spent by Plaintiff's counsel on various aspects of this litigation, including drafting pleadings and other tasks. I believe those hours to be reasonable and appropriate in light of Defendant's zealous advocacy.

11.     I have also reviewed the hours Plaintiff's counsel has spent to date on preparing its motion for attorney's fees. I understand that Plaintiff currently requests $60,000 for "fees on fees." This figure is likely to be less than plaintiff is likely to spend on the opening brief and declarations, a reply Brief, and to prepare for and attend the hearing. Plaintiff has already incurred $25,067.50 in "fees on fees" as of the date of this filing. This amount is reasonable and is less than parties often incur litigating attorney's fees.

**C.     Appropriateness of Case Staffing and Exercise of Billing Judgment**

12.     Plaintiff's counsel appropriately staffed this case, dividing work between three attorneys: senior partner Karl Olson, junior partner Aaron Field and associate Irene Lee. It is apparent that Plaintiff's counsel made substantial efforts to reduce fees and costs by allocating most of the work on the case to junior partner Aaron Field and associate Irene Lee.

13.     In addition, Plaintiff appropriately used junior attorneys for legal research, document review, and drafting. The time spent in this case was reasonable, with Plaintiff

prosecuting this case over more than two years (three years including preparation), briefing on a motion for summary judgment, motion to stay proceedings, and litigation of attorney's fees.

14.    I am informed that Plaintiff's counsel has incurred $462,702.50 in attorney's fees and seeks recovery for $465,205.19 in attorney's fees and costs (not counting "fees on fees"), as of February 24, 2023, including 279.43 hours of Karl Olson's time at $850 an hour, 230.6 hours of Aaron Field's time at $425 per hour, and 323.1 hours of Irene Lee's time at $350 per hour, plus 76.2 hours of paralegal and legal assistant time at $185 per hour, as well as $2,502.69 in costs. That is a reasonable amount. I am informed that the actual amount of fees and costs incurred was higher and that Plaintiff's counsel has reduced the time to reflect billing judgment.

15.    In short, Plaintiff's total requested amount - $525,205.19 (which includes both attorney's fees and costs and "fees on fees")- is reasonable because of the amount of work needed to prosecute the case and defend against the SBA's vigorous defense.

I declare under penalty of perjury that this declaration is true. Executed in San Francisco, California on March 20, 2023.

_Michael F. Ram_
MICHAEL F. RAM

CANNATA, O' TOOLE & OLSON LLLP
100 Pine Street, Suite 350
San Francisco, CA 94111

DECLARATION OF MICHAEL F. RAM IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS, CASE NO. 3:20-CV-04619-MMC