1  KARL OLSON (SBN 104760)
   AARON R. FIELD (SBN 310648)
2  IRENE LEE (SBN 331485)
   CANNATA, O'TOOLE & OLSON LLP
3  100 Pine Street, Suite 350
   San Francisco, California 94111
4  Telephone:  (415) 409-8900
   Facsimile:  (415) 409-8904
5  Email:      kolson@cofolaw.com
               afield@cofolaw.com
6              ilee@cofolaw.com

7  Attorneys for Plaintiff,
   AMERICAN SMALL BUSINESS LEAGUE
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: May 26, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

On May 26, 2023, at 9:00 a.m., the motion of plaintiff American Small Business League ("plaintiff" or "ASBL") for attorney's fees and costs came on regularly for hearing before this Court. The Court has read and considered the moving papers, opposition papers, and reply papers submitted by counsel, and has considered the oral arguments of counsel at the hearing.

**NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**:

1. That ASBL is eligible for attorney's fees and costs under 5 U.S.C. section 552(a)(4)(E);
2. That ASBL is entitled to attorney's fees and costs under 5 U.S.C. section 552(a)(4)(E); and
3. That ASBL should be awarded attorney's fees and costs in the amount requested: $462,702.50 in attorney's fees on the merits, plus $60,000 in "fees on fees" and $2,502.69 in costs, for a total of $525,205.19.
4. Defendant United States Small Business Administration shall pay ASBL attorney's fees and costs consistent with this order within fourteen (14) days.

**IT IS SO ORDERED.**

DATED: _____          _____
                            HON. MAXINE M. CHESNEY
                            Judge, United States District Court
                            Northern District of California