KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: kolson@cofolaw.com
afield@cofolaw.com
ilee@cofolaw.cm

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**SUPPLEMENTAL DECLARATION OF IRENE LEE IN SUPPORT OF PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: May 26, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

I, IRENE LEE, declare:

1. I am a member in good standing of the State Bar of California. I am an associate attorney at the law firm of Cannata O'Toole & Olson LLP, and I represent plaintiff American Small Business League ("ASBL") in this action. I make this declaration based on my own personal knowledge, and, if called as a witness, I could testify to the facts stated herein.

2. I submit this supplemental declaration to provide updated monthly time summaries that reflect the time spent on this case by ASBL's counsel since the filing of ASBL's opening brief on March 27, 2023. I also submit this supplemental declaration to provide additional information as to some of the documents produced in response to ASBL's Freedom of Information Act ("FOIA") request for Regional Regulatory Fairness Board documents.

3. On March 27, 2023, ASBL filed its opening brief in support of its Motion for Attorney's Fees and Costs. ECF No. 74. ASBL provided monthly time summaries to advise the Court and counsel of the time that ASBL spent litigating this case and the fees that had been incurred thus far. ECF No. 74-1, Ex. P. ASBL now provides updated monthly time summaries to reflect the amount of time that it spent on this case since the filing of its opening brief. Attached hereto as **Exhibit A** is a true and correct copy of ASBL's updated monthly time summaries.

4. Since the filing of its opening brief on March 27, 2023, ASBL has incurred a total of $21,247.50 in "fees on fees" and $188.71 in costs, for a total of $21,436.21.

5. ASBL agrees to reduce its fee demand to remove fees in connection with FOIA Request No. SBA-2020-000565, for records relating to Defendant United States Small Business Administration's ("SBA") Press Office and Terrence Sutherland. The total amount of time and fees related to this request that had been sought is as follows: Karl Olson (8.3 hours at $850 per hour, for a total of $7,055); Irene Lee (2 hours at $350 per hour, for a total of $700); and paralegals (3 hours at $185 per hour, for a total of $555). In total, ASBL will reduce its request by $8,310.

6. ASBL now requests an award of attorney's fees and costs for $517,083.90, consisting of $454,392.50 in attorney's fees on the merits (which accounts for the reduction of $8,310 from the initial amount of attorney's fees on the merits), $60,000 in requested "fees on

1

fees" as of May 8, 2023 and $2,691.40 in overall costs as of May 8, 2023.

7. On June 21, 2021, the SBA produced a fifth and final set of documents in response to ASBL's FOIA request for Regional Regulatory Fairness Board documents. Attached hereto as **Exhibit B** is a true and correct copy of a nine-page email chain from Nicole M. Nelson to John D. Ford, with the subject line: "RE: Congressional Response – FACA" and dated February 21, 2020, received from the SBA as part of its June 21, 2021 production.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of May 2023 in Oakland, California.

_____
IRENE LEE

**EXHIBIT A**

**Monthly Summary of Hours Billed by Timekeeper (As of May 8, 2023)**

| Month | Olson | Field | Lee | Paralegals | Summary of Major Tasks |
|---|---|---|---|---|---|
| 04/20 | 4.9 | | 2.2 | .8 | Prepare and revise FOIA requests. Correspond and attend calls with SBA re: FOIA requests. |
| 05/20 | 9.43 | 21.2 | 4.5 | 6.3 | Research legal issues presented by FOIA requests and prepare memoranda advising team and client. Prepare agency correspondence re: requests. Prepare for and attend call w/ Mr. Fishman and Ms. Hunter. Consider and discuss possible lawsuit. |
| 06/20 | 10.5 | 1.6 | 22.1 | 13.4 | Prepare further agency correspondence. Continue researching and analyzing issues related to possible lawsuit, including exhaustion and constructive denial, facts related to records sought and other applicable law. |
| 07/20 | 28.2 | 23.5 | 14.2 | 7.1 | Further research, prepare, revise, and file complaint. Research legal issues. Review and track DC case re: PPP data. Begin work on motion for summary judgment. |
| 08/20 | 8.58 | 22 | 5.9 | .8 | Receive and review answer. Continue researching and drafting summary judgment motion. Case management and scheduling. Continue tracking Washington DC case. |
| 09/20 | 41.14 | 38.2 | 35.7 | 16.7 | Finish drafting, revise, finalize, meet regarding, and file motion for summary judgment and supporting papers. Review and analysis of motion to stay. Research, draft, finalize, and file reply brief. Continue tracking Washington DC case. Review and analysis of order continuing hearing on MSJ. |
| 10/20 | 22.95 | 4.3 | 8.5 | 3.7 | Research and draft opposition to motion to stay. CMC statement. Draft oral argument outline and begin preparing for oral argument. Prepare for and attend moot court. Review status of proposed legislation re: COVID-19 relief for use at oral argument. Review and analysis of reply ISO motion to stay. Review court order re: stay. |
| 11/20 | 8.55 | 17.9 | 1.5 | 1.1 | Research and review developments and order in WP Company case. Confer w/ gov. re: same and impact on N.D. Cal. case. Finalize CMC statement. Prepare for and attend CMC. |

| | | | | | |
|---|---|---|---|---|---|
| 12/20 | 23.1 | 7.5 | 9.4 | 3.9 | Research and draft pushback letter to Mr. Bickford. Draft and revise CMC statement. Further meet and confer efforts w/ Mr. Bickford re: CMC statement and scope of requests. Review court's order following status report. Research and update team on COVID-19 relief in Congress. |
| 01/21 | 15.8 | 12.5 | 15.2 | 5 | Prepare and revise, in correspondence w/ government, CMC statement. Review and analyze records disclosed and not disclosed by SBA regarding PPP loans and PPP funding. Research, analyze, and prepare memorandum re: deliberative process claims. |
| 02/21 | 8.82 | 5 | | .7 | Correspond w/ SBA re: search terms, and request for search terms. Research assertion that search term discussion must be privileged. Prepare for and attend call w/ counsel for SBA. Prepare for and attend CMC. Prepare and revise correspondence challenging redactions to disclosed records. Review correspondence from SBA regarding records, and records disclosed by SBA. Delineate request status and current scope of requests. Finalize narrowing agreement proposal and correspond w/ SBA re same. |
| 03/21 | 11.5 | 18.4 | 34.1 | 1.4 | Further correspondence w/ SBA in effort to obtain search terms. Coordinate review of records, review and analyze records. Prepare, meet and confer extensively w/ Mr. Bickford re:, finalize, and file further CMC statement. Research and prepare argument outline for CMC and attend CMC. Review and analysis of responsive records. |
| 04/21 | .37 | | 12.8 | 1.3 | Review and analysis of responsive records. |
| 05/21 | .2 | | 19.6 | .6 | Review and analysis of responsive records. |
| 06/21 | 3.15 | | 10.8 | 1.1 | Review and analysis of responsive records. |
| 07/21 | 1.3 | .4 | .2 | .5 | Correspondence and meetings w/ team and client re: records disclosed thus far and those at issue. |
| 08/21 | 3.86 | 11.3 | | 2.2 | Facilitate payment to SBA. Prepare, revise, and meet and confer w/ Mr. Bickford re: CMC statement. Prepare for and attend CMC. |
| 09/21 | .3 | .5 | | | Review and analysis of further ruling in *WP Company LLC*. |

| | | | | | |
|---|---|---|---|---|---|
| 10/21 | .1 | | 34.5 | | Review and analysis of responsive records. |
| 12/21 | 2.7 | 3.8 | | | Research and advise re: *WP Company LLC* case status, instant case. Correspond w/ Mr. Sur re scheduling. |
| 01/22 | 3.7 | 10.5 | | 1.3 | Review pending issues, prepare memorandum re: pending issues, arrange to meet and confer and meet and confer w/ counsel re: pending issues. Review and analysis of responsive records in anticipation of meet and confer effort. Correspondence and meetings w/ client and team re: meet and confer effort. Correspondence re: extension of briefing schedule and continuance of hearing date. |
| 02/22 | 8.37 | 15.2 | 19 | 1.1 | Review court order on briefing schedules for motion for summary judgment. Conference with SBA re search terms and settlement possibilities. Prepare settlement demand letter dated February 23, 2022. Prepare proposed search terms. Review records re Regional Regulatory Fairness Boards and prepare letter disputing redactions. |
| 03/22 | 9.61 | 2.9 | 2.9 | 0.6 | Correspondence and review of stipulation to extend briefing schedule for motion for summary judgment. Conferences with SBA re search terms, settlement possibilities, status of other searches and redactions. Review Regional Regulatory Fairness Board records. |
| 04/22 | 9.84 | 2.4 | 8.6 | 0.3 | Conferences with SBA re settlement possibilities, attorney's fees, further searches. Review *Vaughn* indices for Regional Regulatory Fairness Board and other records. |
| 05/22 | 16.02 | 0.8 | 13.5 | 2.6 | Review recently-released documents. Confer with team re same. Conferences with SBA re speed of production of PPP-related records. Review administrative motion by SBA for an order setting production rate. Draft, revise-edit, finalize, and file opposition to administrative motion. |
| 06/22 | 0.2 | | 2.9 | 0.5 | Conferences with team re strategy. Reviewing the Court's order vacating October 28, 2022 CMC. Review documents produced by SBA in response to ECF 65. |
| 07/22 | 1.52 | | 7.2 | 0.9 | Review documents produced by SBA on |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | June 30, 2022. Prepare letter contesting redactions in said production. Conference with SBA contesting redactions in June 2022 document production. |
| 08/22 | 3.5 | | 4.5 | 0.5 | | Review documents produced by SBA on July 29, 2022. Review case law re deliberative process privilege. Draft, revise, edit, and file joint status report re ECF 65. |
| 09/22 | 0.1 | | | | | Correspondence from SBA about latest document production and correspondence to team re possible challenge of asserted exemptions. |
| 10/22 | 2.05 | 8.6 | | | | Correspond with SBA and revise and edit joint status report. Review newly-released documents. Prepare joint status report for ASBL. |
| 11/22 | 0.75 | | | 0.5 | | Review newly-released documents. |
| 12/22 | 9.8 (1.0 of which spent on "fees on fees") | 2.8 (1.1 of which spent on "fees on fees") | 30.4 (0.7 of which spent on "fees on fees") | 0.6 | | Draft, review, revise and edit joint status report. Review documents produced re PPP from October 2022 to December 2022. Prepare letter disputing redactions for all documents produced in response to ECF 65. Correspondence with SBA re disputed redactions and attorney's fees. Correspondence with team re status, strategy, and possible fee motion. Prepare initial calculation of attorney's fees demand. |
| 01/23 | 9.42 (3.5 of which spent on "fees on fees") | 1.0 (0.6 of which spent on "fees on fees") | 11.2 (8.2 of which spent on "fees on fees") | 0.4 | | Correspond with SBA re, prepare, revise, edit, and file joint status report. Review letter from SBA re status of redactions. Correspondence with team re fee motion, status, and strategy. Prepare time entries for attorney's fee demand. |
| 02/23 | 13.7 (10.1 of which spent on "fees on fees") | | 25.8 (25.2 of which spent on "fees on fees") | 0.3 | | Correspondence with SBA re further disputes over withholdings and redactions, SBA's intent to file an administrative motion, and ASBL's intent to move for an award of attorney's fees. Prepare memorandum of points and authorities, declarations, and fee tables in support of fee motion. |
| 03/01/23-03/27/23 | 20.9 (all of which on "fees on fees") | 8.3 (all of which on "fees on fees") | 21 (all of which on "fees on fees") | | | Prepare settlement demand letter. Meet and confer with SBA on motion for attorney's fees and costs. Prepare, finalize, and file motion for attorney's fees and costs. |
| 03/28/23- | | | 0.2 (all | | | Email correspondence to client and team re |

| Date | | | | | |
|---|---|---|---|---|---|
| 03/31/23 | | | of which on "fees on fees") | | fee motion opening brief. |
| 04/23 | 6.65 (all of which on "fees on fees") | 2.8 (all of which on "fees on fees") | 10.7 (all of which on "fees on fees") | | Review opposition to motion for attorney's fees and costs. Prepare for and attend call with team re fee reply. Begin preparing reply brief in support of fee motion. |
| 05/01/23-05/08/23 | 3.6 (all of which on "fees on fees") | 5.2 (all of which on "fees on fees") | 15.2 (all of which on "fees on fees") | | Conclude preparation of, revise, edit, finalize, and file reply brief in support of fee motion. Prepare supplemental declaration in support of fee motion. |
| **Total:** | **325.18 (279.43 of which on merits, 45.75 of which spent on "fees on fees")** | **248.6 (230.6 of which on merits, 18 of which spent on "fees on fees")** | **404.3 (323.1 of which on merits, 81.2 of which spent on "fees on fees")** | **76.2 (76.2 of which on merits)** | **Merits:** (279.43 x $850) + (230.6 x $425) + (323.1 x $350) + (76.2 x $185) = $462,702.50 *Or* $237,515.50 + $98,005 + $113,085 + $14,097 = $462,702.50

*Reduction for SBA-2020-000565 on Merits:* **Olson: 8.3 hours at $850/hour = $7,055 Lee: 2 hours at $350/hour = $700 Paralegals: 3 hours at $185/hour = $555 Total reduction on merits: $8,310**

*Grand total for merits:* **$454,392.50**

**Costs:** *Total costs requested:* **$2,691.40** **$2,502.69 (April 2020-March 27, 2023) $188.71 (March 28, 2023-May 8, 2023)**

**Fees on Fees:** *Total "fees on fees" requested:* **$60,000 ($74,957.50 actually incurred)**

**(45.75 x $850) + (18 x $425) + (81.2 x $350) = $74,957.50** *Or* **$38,887.50 + $7,650 + $28,420 = $74,957.50**

**Grand Total Requested as of May 8, 2023: $454,392.50 + $2,691.40 + $60,000 = $517,083.90** |



| From: | Nelson, Nicole M. |
|---|---|
| To: | Ford, John D. |
| Subject: | RE: Congressional Response - FACA |
| Date: | Friday, February 21, 2020 12:36:12 PM |
| Attachments: | image001.png |

Anytime, I'm around all day today

------------------------------------------------
Nicole Nelson, Director of Operations
Office of the Administrator
U.S. Small Business Administration
(202) 205–7540 Office
(b) (6) Mobile



**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Friday, February 21, 2020 12:10 PM
**To:** Nelson, Nicole M. <Nicole.Nelson@sba.gov>
**Subject:** RE: Congressional Response - FACA

Please---you have nothing to apologize for. You all did a great job. You might be on standby as this staffer seems to always have a lot of follow-up questions.

Thanks so much, Nicole.

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC  20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Nelson, Nicole M. <Nicole.Nelson@sba.gov>
**Sent:** Friday, February 21, 2020 12:08 PM
**To:** Ford, John D. <John.Ford@sba.gov>
**Subject:** RE: Congressional Response - FACA

Apologies for not getting back to you soner

------------------------------------------------
Nicole Nelson, Director of Operations
Office of the Administrator
U.S. Small Business Administration
(202) 205–7540 Office
 Mobile



**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Friday, February 21, 2020 12:01 PM
**To:** Nelson, Nicole M. <Nicole.Nelson@sba.gov>
**Subject:** FW: Congressional Response - FACA

Thank you Nicole very much

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC  20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Nelson, Nicole M. <Nicole.Nelson@sba.gov>
**Sent:** Friday, February 21, 2020 11:59 AM
**To:** Ford, John D. <John.Ford@sba.gov>; Webb, Larry G. <Larry.webb@sba.gov>
**Cc:** Hershey, Michael S <Michael.Hershey@sba.gov>; Lambert, Ryan A. <Ryan.Lambert@sba.gov>
**Subject:** RE: Congressional Response - FACA

RE: Q2 – The applicant referrals are first received by the program office, then sent forward to begin the vetting process.

**Additional Question Received**

    Are there vacancies on any of these advisory groups:
      a. Direct Advisory Councils – <mark>no longer exists</mark>
      b. National Advisory Council – <mark>no longer exists</mark>
      c. National Small Business Development Center Advisory Board – <mark>Currently, there is 1</mark>

==mark==vacancy, however there is a nominee going through the vetting process and should be finalized over the next week or so==/mark==

Let me know if you need anything further.

-------------------------------------------------
Nicole Nelson, Director of Operations
Office of the Administrator
U.S. Small Business Administration
(202) 205–7540 Office
(b) (6) Mobile



---

**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Thursday, February 20, 2020 5:56 PM
**To:** Nelson, Nicole M. <Nicole.Nelson@sba.gov>; Webb, Larry G. <Larry.webb@sba.gov>
**Cc:** Hershey, Michael S <Michael.Hershey@sba.gov>; Lambert, Ryan A. <Ryan.Lambert@sba.gov>
**Subject:** FW: Congressional Response - FACA

Nicole and Larry-----

Before we send to Sen Toomey, we received an additional question below from his staffer which we would appreciate you helping us answer. Also regarding the answer for Q2---could you please clarify whether indeed an applicant forwards their application to the office overseeing the committee ---- do you mean the program office head? Or is their a central point of contact that these applications/nominations should be sent such as the Office of the Administrator?

Thanks very much for all of your assistance. It is very much appreciated.

**Additional Question Received**

> Are there vacancies on any of these advisory groups:
> a. Direct Advisory Councils
> b. National Advisory Council
> c. National Small Business Development Center Advisory Board

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC 20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**

john.ford@sba.gov



Audra---

Please find responses to your questions below.

Q.      I read the standard operating procedures for SBA's advisory committees/boards, and I was wondering if that information was up to date and accurate.

A.      (b) (5)

Q.      I was hoping you all could provide more information regarding the application/recommendation process and vacancies for the following:
        Direct Advisory Councils
        National Advisory Council
        National Small Business Development Center Advisory Board
        Regional Small Business Regulatory Regional Fairness Boards

A       (b) (5)

Q.      I understand there is a recommendation or application form for the Regional Fairness Boards, but I also read that Senate/House Small Business Committee leadership recommends candidates to SBA. Is there any chance you could explain that in a bit more detail?

A.      (b) (5)

Q.      Finally, is there an advisory board or committee that has any oversight on SBIR?

A. <span style="color:red">(b) (5)</span> ████████████████████████████████████

**From:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Sent:** Tuesday, February 18, 2020 4:02 PM
**To:** Ford, John D. <John.Ford@sba.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Great, thank you!

**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Tuesday, February 18, 2020 4:01 PM
**To:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

Thanks Audra---our folks are working on this now so as soon as I get the information, I will pass it along.

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC 20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Sent:** Tuesday, February 18, 2020 1:34 PM
**To:** Ford, John D. <John.Ford@sba.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Thanks again John, I really appreciate your all's help

**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Friday, February 14, 2020 12:09 PM
**To:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Subject:** FW: SBA Regulatory Fairness Boards

Thank you Audra for your telephone call message this morning. We will get back with you as quickly as we can on this.

Best,

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC 20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Sent:** Wednesday, February 12, 2020 3:26 PM
**To:** Ford, John D. <John.Ford@sba.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Thank you so much! I read the standard operating procedures for SBA's advisory committees/boards, and I was wondering if that information was up to date and accurate.

Also, I was hoping you all could provide more information regarding the application/recommendation process and vacancies for the Direct Advisory Councils, National Advisory Council, National Small Business Development Center Advisory Board, and Regional Small Business Regulatory Regional Fairness Boards. I understand there is a recommendation or application form for the Regional Fairness Boards, but I also read that Senate/House Small Business Committee leadership recommends candidates to SBA. Is there any chance you could explain that in a bit more detail?

Finally, is there an advisory board or committee that has any oversight on SBIR?

Again, thank you so much for your help.

Thanks,
Audra

**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Wednesday, February 5, 2020 1:48 PM
**To:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

Hello Audra and thanks for your e-mail.

I would suggest that you send me your questions and we can then determine the appropriate folks with whom you should speak.

Best,

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC  20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Sent:** Wednesday, February 5, 2020 1:45 PM
**To:** Ford, John D. <John.Ford@sba.gov>
**Subject:** RE: SBA Regulatory Fairness Boards

CAUTION - The sender of this message is external to the SBA network. Please use care when clicking on links and responding with sensitive information. Send suspicious email to spam@sba.gov.

Hey John,

Hope you are having a great week so far. Thank you again for the info on regulatory fairness boards last month, the overview was really helpful.

After doing a bit more research on SBA's additional advisory committees, I have a few follow up questions that are rather specific. Is there anyone at SBA that I could reach out to? Several of our constituents have voiced interest, and I want to ensure I can provide them with accurate information.

I really appreciate your help, let me know if you need any additional info from me. Thanks!

Audra

**Audra Kinney** | Legislative Correspondent
Office of U.S. Senator Pat Toomey
202-224-4254 |  toomey.senate.gov



**From:** Ford, John D. <John.Ford@sba.gov>
**Sent:** Monday, January 13, 2020 5:09 PM
**To:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Subject:** FW: SBA Regulatory Fairness Boards

Audra----Happy New Year and thank you for your recent inquiry regarding SBA Regulatory Fairness Boards.

I have attached an overview of the boards as well as the nomination form a small business owner/operator/officer would fill out if interested. Please direct any further interest in serving on one of these boards by submitting a completed nomination form and a current resume to:

Stefanie Wehagen
National **Ombudsman** and Assistant Administrator for Regulatory Enforcement Fairness
Office of the National Ombudsman
U.S. Small Business Administration
Stefanie.wehagen@sba.gov

Best,

*John D. Ford*

**Office of Congressional and Legislative Affairs**
**U.S. Small Business Administration**
**409 Third Street, S.W.**
**Washington, DC  20416**
**Tel: (202) 619-0297**
**Fax: (202) 205 -7374**
**john.ford@sba.gov**



**From:** Kinney, Audra (Toomey) <Audra_Kinney@toomey.senate.gov>
**Sent:** Monday, January 13, 2020 2:33 PM
**To:** CLAinquiry <CLAinquiry@sba.gov>
**Subject:** SBA Regulatory Fairness Boards

Good afternoon,

I'm looking to gain additional insight as to the process of becoming a Regional Regulatory Fairness Board member at SBA. I understand the Chair/Ranking members on House/Senate Small Business can nominate or recommend potential members, but I also see that people can apply through SBA's website. Any additional information on this process and any vacancies would be really helpful. Happy to chat on the phone as well, thank you so much.

-Audra

**Audra Kinney** | Legislative Correspondent
Office of U.S. Senator Pat Toomey
202-224-4254 | toomey.senate.gov

