KARL OLSON (SBN 104760)
AARON R. FIELD (SBN 310648)
IRENE LEE (SBN 331485)
CANNATA, O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, California 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904
Email: kolson@cofolaw.com
afield@cofolaw.com
ilee@cofolaw.cm

Attorneys for Plaintiff,
AMERICAN SMALL BUSINESS LEAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | Case No. 3:20-cv-04619-MMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN SMALL BUSINESS LEAGUE'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge: Hon. Maxine M. Chesney |

Plaintiff American Small Business League's administrative motion to set a hearing date for Plaintiff's motion for attorneys' fees and costs was submitted without hearing from this Court. Having received and considered the motion papers, and **GOOD CAUSE APPEARING,** it is hereby **ORDERED** that:

1. Plaintiff's motion is GRANTED.
2. The hearing on Plaintiff's motion for attorneys' fees and costs is set for ___July 19, 2024___ at ___9:00___ a.m./~~p.m.~~ in Courtroom 7 of this Court.

**IT IS SO ORDERED.**

DATED: June 6, 2024

*/s/ Maxine M. Chesney*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

CANNATA, O'TOOLE & OLSON LLP
100 Pine Street, Suite 350
San Francisco, CA 94111